**FILED**
MAR 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Chambers

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

L. Doretta Kerl

        Plaintiff(s),

    v.

AT&T Umbrella Benefit Plan No. 1

        Defendant(s).

No. C 08-00970 EMC

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 2/20/2008

Signature

Counsel for Plaintiff
(Plaintiff, Defendant or indicate "pro se")