1 | Teresa S. Renaker – Cal Bar No. 187800
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
2 | 1330 Broadway, Suite 1800
Oakland, CA 94612
3 | Telephone: (510) 839-6824
Facsimile: (510) 839-7839
4 | Email:trenaker@lewisfeinberg.com

5 | *Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

L. DORETTA KERL,                    )   Case No. C08-00970 EMC
                                    )
            Plaintiff,              )
                                    )
    vs.                             )
                                    )
AT&T UMBRELLA BENEFIT PLAN NO. 1,   )
                                    )
            Defendant.              )
                                    )
_____ )

**NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER THEREON**

1  Please take notice that effective April 2, 2008, the law firm of Springer-Sullivan &
2  Roberts LLP is substituted as counsel for Plaintiff in this action in place of the law firm of Lewis,
3  Feinberg, Lee, Renaker & Jackson, P.C. Springer-Sullivan & Roberts LLP, is located at 410 -
4  12th Street, Suite 325, Oakland, CA 94607; phone number: (510) 992-6130; facsimile: (510)
5  280-7564; e-mail: css@ssrlawgroup.com.

9  Dated: 4/2/08

Respectfully submitted,

LEWIS, FEINBERG, LEE,
RENAKER & JACKSON P.C.

By: _____
Teresa S. Renaker

SPRINGER-SULLIVAN
& ROBERTS LLP

Dated: 3/19/08

By: _____
Cassie Springer-Sullivan

**I CONSENT TO THE ABOVE SUBSTITUTION.**

Dated: 3-17-08

By: _____
Doretta Kerl
Plaintiff

**IT IS SO ORDERED.**

By: _____
EDWARD M. CHEN
United States Magistrate Judge

NOTICE OF SUBSTITUTION OF COUNSEL [CASE NO. C08-00970 EMC]                PAGE 2