1  Teresa S. Renaker – Cal Bar No. 187800
   LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
2  1330 Broadway, Suite 1800
   Oakland, CA 94612
3  Telephone: (510) 839-6824
   Facsimile: (510) 839-7839
4  Email:trenaker@lewisfeinberg.com

5  *Attorney for Plaintiff*

6

7           IN THE UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 L. DORETTA KERL,                        )   Case No. C08-00970 EMC
                                           )
11              Plaintiff,                 )
                                           )
12        vs.                              )
                                           )
13 AT&T UMBRELLA BENEFIT PLAN NO. 1,       )
                                           )
14              Defendant.                 )
                                           )
15 _____ )

16

17 **NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER THEREON**

18

[line numbers 19–28 blank]

NOTICE OF SUBSTITUTION OF COUNSEL [CASE NO. C08-00970 EMC]                    PAGE 1

Please take notice that effective April 2, 2008, the law firm of Springer-Sullivan & Roberts LLP is substituted as counsel for Plaintiff in this action in place of the law firm of Lewis, Feinberg, Lee, Renaker & Jackson, P.C. Springer-Sullivan & Roberts LLP, is located at 410 - 12th Street, Suite 325, Oakland, CA 94607; phone number: (510) 992-6130; facsimile: (510) 280-7564; e-mail: css@ssrlawgroup.com.

Dated: 4/2/08

Respectfully submitted,

LEWIS, FEINBERG, LEE,
RENAKER & JACKSON P.C.

By: _____
Teresa S. Renaker

SPRINGER-SULLIVAN
& ROBERTS LLP

Dated: 3/19/08

By: _____
Cassie Springer-Sullivan

**I CONSENT TO THE ABOVE SUBSTITUTION.**

Dated: 3-17-08

By: _____
Doretta Kerl
Plaintiff

**IT IS SO ORDERED.**

By: _____
Edward M. Chen
United States

*IT IS SO ORDERED*
Judge Edward M. Chen

NOTICE OF SUBSTITUTION OF COUNSEL [CASE NO. C08-00970 EMC]   PAGE 2