LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:   (415) 357-4605

Attorneys for Defendant
AT&T UMBRELLA BENEFIT PLAN NO. 1

SPRINGER-SULLIVAN & ROBERTS LLP
CASSIE SPRINGER-SULLIVAN (State Bar No. 221506)
410 - 12th Street, Suite 325
Oakland, CA 94607
Telephone:   (510) 992-6130
Facsimile:   (510) 280-7564

Attorney for Plaintiff
L. DORETTA KERL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L. DORETTA KERL,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T UMBRELLA BENEFIT PLAN NO. 1,<br><br>Defendants. | Case No. C08-00970 EMC<br><br>**STIPULATION AND (PROPOSED) ORDER EXTENDING THE TIME FOR DEFENDANT TO FILE AND SERVE A RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed: February 15, 2008 |

Plaintiff L. Doretta Kerl ("plaintiff") and defendant AT&T Umbrella Benefit Plan No. 1 ("defendant") (collectively referred to as the "parties") through their respective counsel stipulate as follows:

WHEREAS, plaintiff filed her original complaint in this action on or about February 15, 2008;

WHEREAS, following unsuccessful attempts at service, plaintiff served the summons and complaint on defendant on or about March 21, 2008;

STIPULATION AND (PROPOSED) ORDER EXTENDING THE TIME FOR DEFENDANT TO FILE AND SERVE A RESPONSE TO PLAINTIFF'S COMPLAINT
Case No. C 08-00970 EMC

1

1  WHEREAS, a response to the complaint was due on or about April 16, 2008,

2  WHEREAS, the parties stipulate that defendant may file a response to the complaint by

3  April 28, 2008;

4  IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

5  That defendant's response to plaintiff's complaint is due on April 28, 2008.

7  Dated: April 21, 2008                    LAFAYETTE & KUMAGAI LLP

9                                          /s/ Susan T. Kumagai
                                           SUSAN T. KUMAGAI
10                                         Attorneys for Defendant
                                           AT&T UMBRELLA BENEFIT PLAN NO. 1

13 Dated: April 21, 2008                   SPRINGER-SULLIVAN & ROBERTS LLP

15                                         /s/ Cassie Springer-Sullivan
                                           CASSIE SPRINGER-SULLIVAN
16                                         Attorneys for Plaintiff
                                           L. DORETTA KERL

### ORDER

The foregoing stipulation having been entered and good cause appearing therefore, it is ordered that defendant's response to plaintiff's complaint is due on April 28, 2008.

IT IS SO ORDERED.

DATE: _____, 2008            _____
                                        HONORABLE EDWARD M. CHEN
                                        UNITED STATES MAGISTRATE JUDGE

N:\Documents\att\kerl\Pldg\Stip.doc

STIPULATION AND (PROPOSED) ORDER EXTENDING THE TIME FOR DEFENDANT TO
FILE AND SERVE A RESPONSE TO PLAINTIFF'S COMPLAINT
Case No. C 08-00970 EMC

2