LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:    (415) 357-4605

Attorneys for Defendant
AT&T UMBRELLA BENEFIT PLAN NO. 1

SPRINGER-SULLIVAN & ROBERTS LLP
CASSIE SPRINGER-SULLIVAN (State Bar No. 221506)
410 - 12th Street, Suite 325
Oakland, CA 94607
Telephone:   (510) 992-6130
Facsimile:    (510) 280-7564

Attorney for Plaintiff
L. DORETTA KERL

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L. DORETTA KERL, <br><br> Plaintiff, <br><br> vs. <br><br> AT&T UMBRELLA BENEFIT PLAN NO. 1, <br><br> Defendants. | Case No. C08-00970 EMC <br><br> **STIPULATION AND (PROPOSED) ORDER EXTENDING THE TIME FOR DEFENDANT TO FILE AND SERVE A RESPONSE TO PLAINTIFF'S COMPLAINT** <br><br> Complaint Filed: February 15, 2008 |

Plaintiff L. Doretta Kerl ("plaintiff") and defendant AT&T Umbrella Benefit Plan No. 1 ("defendant") (collectively referred to as the "parties") through their respective counsel stipulate as follows:

WHEREAS, plaintiff filed her original complaint in this action on or about February 15, 2008;

WHEREAS, following unsuccessful attempts at service, plaintiff served the summons and complaint on defendant on or about March 21, 2008;

STIPULATION AND (PROPOSED) ORDER EXTENDING THE TIME FOR DEFENDANT TO FILE AND SERVE A RESPONSE TO PLAINTIFF'S COMPLAINT
Case No. C 08-00970 EMC

1

1   WHEREAS, a response to the complaint was due on or about April 16, 2008,

2   WHEREAS, the parties stipulate that defendant may file a response to the complaint by

3   April 28, 2008;

4   IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

5   That defendant's response to plaintiff's complaint is due on April 28, 2008.

7   Dated: April 21, 2008                LAFAYETTE & KUMAGAI LLP

9                                        /s/ Susan T. Kumagai
                                         SUSAN T. KUMAGAI
10                                       Attorneys for Defendant
                                         AT&T UMBRELLA BENEFIT PLAN NO. 1

13  Dated: April 21, 2008                SPRINGER-SULLIVAN & ROBERTS LLP

15                                       /s/ Cassie Springer-Sullivan
                                         CASSIE SPRINGER-SULLIVAN
16                                       Attorneys for Plaintiff
                                         L. DORETTA KERL

### ORDER

The foregoing stipulation having been entered and good cause appearing therefore, it is ordered that defendant's response to plaintiff's complaint is due on April 28, 2008.

IT IS SO ORDERED.

DATE: ___April 24___, 2008         _____
                                   HONORABLE
                                   UNITED STATES

IT IS SO ORDERED.
Judge Edward M. Chen

N:\Documents\att\kerl\Pldg\Stip.doc

STIPULATION AND (PROPOSED) ORDER EXTENDING THE TIME FOR DEFENDANT TO FILE AND SERVE A RESPONSE TO PLAINTIFF'S COMPLAINT
Case No. C 08-00970 EMC

2

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605