**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

### April 30, 2008

CASE NUMBER:  CV 08-00970 EMC  
CASE TITLE:  L. DORETTA KERL-v-AT&T UMBRELLA BENEFIT PLAN NO. 1

## REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable William H. Alsup** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **WHA** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 4/30/08

FOR THE EXECUTIVE COMMITTEE:

_____  
Clerk  *Richard W. Wieking*

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies        Special Projects  
Log Book Noted                       Entered in Computer 4/30/08ha

CASE SYSTEMS ADMINISTRATOR:  
Copies to:  All Counsel              Transferor CSA