Cassie Springer-Sullivan, State Bar No. 221506
 Email: css@ssrlawgroup.com
Michelle L. Roberts, State Bar No. 239092
 Email: mlr@ssrlawgroup.com
SPRINGER-SULLIVAN & ROBERTS LLP
410 - 12th Street, Suite 325
Oakland, CA 94607
Tel: 510.992.6130
Fax: 510.280.7564

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| L. DORETTA KERL,<br><br>    Plaintiff,<br><br>  vs.<br><br>AT&T UMBRELLA BENEFIT PLAN NO 1.<br><br>    Defendant. | Case No. CV 08-00970 WHA<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: April 30, 2008                               Respectfully submitted,

                                                  SPRINGER-SULLIVAN & ROBERTS LLP

                                          By: _____
                                                  Michelle L. Roberts
                                                  *Attorneys for Plaintiff*