UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

L. DORETTA KERL

            Plaintiff(s),

    v.

AT&T UMBRELLA BENEFIT PLAN NO 1

            Defendant(s).

CASE NO. CV 08-00970 WHA

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
   request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference May 22, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Michelle L. Roberts | Plaintiff Kerl | 510-992-6129 | MLR@ssrlawgroup.com |
| Susan Kumagai | Defendant AT&T | 415-357-4612 | skumagai@lkclaw.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: May 2, 2008

                                    Attorney for Plaintiff

Dated: 5/2/08

                                    Attorney for Defendant

Rev 12 05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."