1  LAFAYETTE & KUMAGAI LLP
   GARY T. LAFAYETTE (State Bar No. 088666)
2  SUSAN T. KUMAGAI (State Bar No. 127667)
   REBECCA K. KIMURA (State Bar No. 220420)
3  100 Spear Street, Suite 600
   San Francisco, California 94105
4  Telephone:   (415) 357-4600
   Facsimile:   (415) 357-4605
5
   Attorneys for Defendant
6  AT&T UMBRELLA BENEFIT PLAN 1

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11  L. DORETTA A. KERL,                    Case No. C08-00970 WHA

12          Plaintiff,

13  vs.                                    **DEFENDANT AT&T UMBRELLA
                                           BENEFIT PLAN NO. 1'S
14  AT&T UMBRELLA BENEFIT PLAN 1,          CERTIFICATE OF INTERESTED
                                           ENTITIES OR PERSONS**
15          Defendant.

16

17

18

19          Pursuant to Civil L.R. 3-16, the undersigned certifies as follows:

20          AT&T Inc. is the sponsor of defendant AT&T Umbrella Benefit Plan No. 1 which

21  includes the Pacific Telesis Group Comprehensive Disability Benefits Plan (CDBP). AT&T

22  Teleholdings, Inc., dba AT&T West is the Administrator of CDBP. AT&T Inc. is the corporate

23  parent of AT&T Teleholdings, Inc.

24

25  DATED: May 5, 2008                     LAFAYETTE & KUMAGAI LLP

26

27                                         _/s/ Susan T. Kumagai_____
                                           SUSAN T. KUMAGAI
28                                         Attorneys for Defendant
                                           AT&T UMBRELLA BENEFIT PLAN 1

                                                                                    1

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served electronically on May 5, 2008, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

/s/ Susan T. Kumagai
SUSAN T. KUMAGAI

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

DEFENDANT AT&T UMBRELLA BENEFIT PLAN NO. 1'S CERTIFICATE OF INTERESTED
ENTITIES OR PERSONS (Case No. C08-00970 WHA)