**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: May 22, 2008

Case No.  C 08-00970 WHA

Title: DORETTA KERL v.  AT&T UMBRELLA BENEFIT

Plaintiff Attorneys: Michelle Roberts

Defense Attorneys: Rebecca Kumura

Deputy Clerk:  Dawn Toland

Court Reporter: Jim Yeomans

**PROCEEDINGS**

1)    CMC - HELD

2)  

Continued to _ for Further Case Management Conference

Continued to __ for Pretrial Conference

Continued to __ for Trial

**ORDERED AFTER HEARING:**

Motion for summary judgment and administrative record shall be filed by 7/31/08.  By 5/30/08, all disclosures shall be completed and any request to add or amend should be filed.