UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

L. Doretta Kerl

Plaintiff(s),

v.

AT&T Umbrella Benefit Plan No. 1

Defendant(s).

CASE NO. C08-00970 WHA

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
      Non-binding Arbitration (ADR L.R. 4)
      Early Neutral Evaluation (ENE) (ADR L.R. 5)
✓    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓    Private ADR *(please identify process and provider)* Mediation with Michael Loeb at JAMS to take place on July 28, 2008 at 9:30 a.m.

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓    other requested deadline July 28, 2008

Dated: July 21, 2008                        /s/ Michelle Roberts
                                         Attorney for Plaintiff

Dated: July 21, 2008                        /s/ Susan Kumagai
                                         Attorney for Defendant

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
        Mediation
✓       Private ADR

    Deadline for ADR session
        90 days from the date of this order.
✓       other   July 28, 2008

IT IS SO ORDERED.

Dated:_____                   _____

                                               UNITED STATES DISTRICT    JUDGE