LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
REBECCA K. KIMURA (State Bar No. 220420)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:  (415) 357-4600
Facsimile:  (415) 357-4605

Attorneys for Defendant
AT&T UMBRELLA BENEFIT PLAN 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L. DORETTA A. KERL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AT&T UMBRELLA BENEFIT PLAN 1,<br><br>　　　　Defendant. | Case No. C08-00970 WHA<br><br>STIPULATION OF DISMISSAL AND [PROPOSED] ORDER |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: August 19, 2008

LAFAYETTE & KUMAGAI LLP

/s/ Susan T. Kumagai
SUSAN T. KUMAGAI
Attorneys for Defendant
AT&T UMBRELLA BENEFIT PLAN NO. 1

DATED: August 19, 2008

/s/ Michelle L. Roberts
MICHELLE L. ROBERTS
Attorney for Plaintiff DORETTA KERL

On the above Stipulation filed in this action on August 19, 2008,

IT IS SO ORDERED.

Dated: _____

_____
THE HONORABLE WILLIAM ALSUP
JUDGE OF THE UNITED STATES DISTRICT
COURT–NORTHERN DISTRICT

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

2

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
Case No. C08-00970 WHA

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served electronically on August 19, 2008, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

                          /s/ Susan T. Kumagai
                          SUSAN T. KUMAGAI

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

3

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
Case No. C08-00970 WHA