1  LAFAYETTE & KUMAGAI LLP
   GARY T. LAFAYETTE (State Bar No. 088666)
2  SUSAN T. KUMAGAI (State Bar No. 127667)
   REBECCA K. KIMURA (State Bar No. 220420)
3  100 Spear Street, Suite 600
   San Francisco, California 94105
4  Telephone:   (415) 357-4600
   Facsimile:   (415) 357-4605
5
   Attorneys for Defendant
6  AT&T UMBRELLA BENEFIT PLAN 1

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | L. DORETTA A. KERL,              | Case No. C08-00970 WHA
12 |         Plaintiff,
   |                                  | STIPULATION OF DISMISSAL
13 | vs.                              | AND [PROPOSED] ORDER
14 | AT&T UMBRELLA BENEFIT PLAN 1,
15 |         Defendant.

---

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
Case No. C08-00970 WHA

1  IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3  pursuant to FRCP 41(a)(1).

6  DATED: August 19, 2008                          LAFAYETTE & KUMAGAI LLP

7  /s/ Susan T. Kumagai
   SUSAN T. KUMAGAI
   Attorneys for Defendant
8  AT&T UMBRELLA BENEFIT PLAN NO. 1

10 DATED: August 19, 2008                          /s/ Michelle L. Roberts
   MICHELLE L. ROBERTS
   Attorney for Plaintiff DORETTA KERL

14 On the above Stipulation filed in this action on August 19, 2008,
15 IT IS SO ORDERED.

17 Dated: August 20, 2008.
                                                   THE HONORABLE WILLIAM ALSUP
18                                                 JUDGE OF THE UNITED STATES DISTRICT
                                                   COURT–NORTHERN DISTRICT

[Seal: IT IS SO ORDERED / Judge William Alsup / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served electronically on August 19, 2008, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

        /s/ Susan T. Kumagai
SUSAN T. KUMAGAI

---

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
Case No. C08-00970 WHA

3